Form oconv13_7  (Revised 12/01/2009)

United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 09−41352        Chapter: 7

In re: (Name of Debtor)

Teri Lynn Schiffbauer
211 Iowa St
Holton, KS 66436

SSN: xxx−xx−4841

| Entered By The Court 6/16/10 | ORDER UPON CONVERSION OF CASE UNDER CHAPTER 13 TO CHAPTER 7 | Filed By The Court 6/16/10 Fred Jamison Clerk of Court US Bankruptcy Court |
|---|---|---|

The debtor has filed a notice of conversion in accordance with 11 U.S.C. §1307(a) to convert this case to a case under chapter 7 of the Bankruptcy Code, 11 U.S.C. §701, *et seq.*

IT IS ORDERED THAT:

1. This Chapter 13 case is converted to a case under Chapter 7 effective as of the date of filing of the notice of conversion.

2. The Chapter 13 trustee shall, within thirty days following the entry of this order, file and transmit to the United States Trustee a final report and account, as required by Fed. R. Bankr. P. 1019.

3. The Chapter 13 trustee and the debtor(s) shall, forthwith turn over to the Chapter 7 trustee, as required by Fed. R. Bankr. P. 1019, all records and property of the estate in the possession or control of the trustee, after distribution as authorized by 11 U.S.C. §1326.

4. The debtor(s) shall, within fourteen days of the entry of this order, file supplemental lists, inventories, schedules, and statements of financial affairs to those heretofore filed; and, an amended mailing matrix including all creditors who hold claim arising after the commencement of this case, in compliance with Fed. R. Bankr. P. 1019.

5. The debtor(s) shall file a new statement of intention, if applicable, within 30 days of the date of this order or before the first date set for the chapter 7 meeting of creditors, whichever is earlier, as required by Bankruptcy Rule 1019.

6. The debtor(s) shall, within fourteen days of the entry of this order, file a schedule of unpaid debts incurred after the commencement of the Chapter 13 and, if the conversion order is entered after confirmation of a plan, the debtor(s) shall file:
   a. A schedule of property not listed in the final report and account acquired after the filing of the original petition, but before entry of the conversion order.
   b. A schedule of unpaid debts not listed in the Final Report and Account incurred after confirmation, but before entry of the conversion order, accompanied by a mailing matrix.
   c. A schedule of executory contracts and unexpired leases entered into or assumed after the filing of the original petition, but before the entry of the conversion order.

7. The chapter 13 trustee or any other party (except a governmental unit) that claims to be entitled to an administrative expense under §503 that was incurred during the chapter 13 phase of the case shall file an application for allowance of such expense, as required by Bankruptcy Rule 1019, within 30 days of the date of this order.

8. The debtor shall immediately pay any additional filing fee required for the conversion, if it has not already been paid.

Document 44

s/ Janice Miller Karlin
United States Bankruptcy Judge